United States District Court
For The District of Columbia

FILED
NOV 1 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Alfonza Baskerville #316433
Greensville Correctional Center
901 Greensville Way
Jarratt, Virginia  23870

VS.

Greensville Correctional Center
901 Corrections Way
Jarratt, Virginia  23870

CASE NUMBER  1:06CV01980

JUDGE: Unassigned

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 11/17/2006

## COMPLAINT

I, Alfonza Baskerville (316433) am innocent of the crime to which I have been convicted.

This grievance is being filed for the following reasons:

In my complaint, I was not questioned with a lawyer present on August 4 and 5, 2000.

In the memorandum filed on the 27th, 2003, page 5, lines 2, 3, and 4, states that Kelvin Rhodes brought Ms. Cook cell phone to the Diamond Street residence.

In my complaint, who is Wayne?  He was mentioned at the trial but never summoned to court.

In my complaint, why Jerrell Walker's affidavit letter admissible?  He was never summoned to court.

In my complaint, why didn't the lawyer call to the testify those witnesses I presented?

In my complaint there was a conflict of interest.

In my complaint, the lawyer misrepresented my case.

In my complaint, Mr. Cosby gave me a final date of order as July 31, 2003.  It was stated that the petition of the wit of Habeas corpus was misapplied. Required documents were filed with the court within the established deadline.

In my complaint, based on evidence, affidavits presented and my witnesses, my innocence was proven.

RECEIVED

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In my complaint Cory Mills and Kevion Cook were proven not to be credible witnesses.

In my complaint, the Commonwealth Attorney witnesses did not know what I was wearing the night of the crime.

My complaint is the Commonwealth Attorney witnesses gave misleading and confusing testimony about the time, whereabouts, what I was wearing, what happened.

In my complaint, the lab testing of gun shell did not match, nor did my fingerprints.

In my complaint I will like to retrial

Based on the above information, I am requesting the court review my case. I am requesting my conviction be set aside and I be released from prison.

Alfonza Baskerville #316433
Greensville Correctional Center
901 Corrections Way
Jarratt, Virginia 23870

10-17-06

*Alfonza Baskerville*

Greensville Correctional Center
901 Correction Way
Jarratt, Virginia 23870

    VS.

Alfonza Baskerville #316433

## Complaint

I, Alfonza Baskerville #316433 am innocent of this crime

This is the floor plan of my house. I have to pass my mother's bedroom to go upstairs to my room

Why would a church help me if I was guilty?

Why didn't I get a sentence reduction? (first time)

If I wanted my mother as a witness, why didn't the lawyer allow her to testify? What about my rights?

I sent in a letter and transcript on my behalf, hoping that someone would review my case.

                                    Alfonza Baskerville #316433
                                    Greensville Correctional Center
                                    Jarratt, Virginia 23870

                                    10-19-06

06 1980

FILED

NOV 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT