**FILED**
NOV 1 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALFONZA BASKERVILLE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 06 1980 |
| | ) |
| GREENSVILLE CORRECTIONAL CENTER, | ) |
| | ) |
| Respondent. | ) |

**TRANSFER ORDER**

The Court construes petitioner's submission as a petition for a writ of habeas corpus. *Habeas corpus* actions are subject to jurisdictional and statutory limitations. *See Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484 (1973). The proper respondent in a *habeas corpus* action is the petitioner's warden. *Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998) (citing *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988)). Thus, "a district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. U.S. Parole Comm'n*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). Therefore, the Court will transfer this matter to the United States District Court for the Eastern District of Virginia, the district in which petitioner currently is incarcerated. Resolution of petitioner's application to proceed *in forma pauperis* is left to the transferee court to decide.

Accordingly, it is hereby

ORDERED that this action is TRANSFERRED to the United States District Court for the Eastern District of Virginia.

SO ORDERED.

Date: 11/2/06

_____
United States District Judge